IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01962-PSF-MEH

NATHAN SIMMONS,
KELLY SIMMONS,
BRANDON SIMMONS, and
AISHA SIMMONS

      Plaintiffs,

v.

SAGE HOSPITALITY RESOURCES, LLC; a Delaware limited liability company;
SAGE CLIENT 409, LLC; a Colorado limited liability company; and
ELIOTT ULRICH, individually;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 9, 2007**

      For good cause shown, and by agreement of the parties, the Stipulation Regarding Protection of Confidential Information [Filed February 9, 2007; Docket #10] is **granted**. The Order Regarding Protection of Confidential Information shall enter separately.